NATHAN S. HOARD *vs.* CHARLES J. H. BASSETT & others.

An assignee of an insolvent debtor may keep accounts and memoranda of his doings as assignee in blank leaves of books of account belonging to the estate; and after settling his final account and distributing all the estate that has come to his hands, in pursuance of the order of court, may retain his receipts, vouchers and memoranda for his account, and may cut out such blank leaves, before delivering the books of account to his successor.

BILL IN EQUITY to compel the executors of the assignee of an insolvent debtor and their counsel to deliver to the new assignee of the same insolvent debtor certain books of account, documents and vouchers relating to the insolvent estate. The case was reserved by *Hoar*, J., upon the bill and answers, for the determination of the whole court. The case sufficiently appears in the opinion.

*C. A. Reed*, for the plaintiff.

*C. I. Reed*, for the defendants.

GRAY, J. By setting down this case for hearing upon the bill and answers, the plaintiff has admitted the truth of the facts stated in the answers. The only questions in issue therefore are, whether the assignee of an insolvent debtor may keep his own accounts and memoranda of his doings as such in blank leaves of account books belonging to the estate, instead of purchasing new books for the purpose at the expense of the estate; and whether after he has settled his final account in the court of insolvency, and distributed, according to the orders of that court, all the estate which has come into his hands, and a new assignee has been appointed, the first assignee may retain his own receipts, vouchers and memoranda for his account, and may cut the leaves containing his own memoranda out of the account books of the estate, before delivering them to his successor. That he may is too plain to be discussed or doubted.

*Bill dismissed, with costs.*